IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ADALBERTO FLORES-HARO, ALMA GRANADOS-MILLAN, DANIEL IBARRA, J.I., a minor, Y.I., a minor, T.F., a minor, and Ti.F., a minor,<br>      Plaintiffs,<br><br>      v.<br><br>CITY OF HILLSBORO and WASHINGTON COUNTY,<br><br>      Defendants. | No. 3:12-CV-01616-MO<br><br>**VERDICT FORM** |

DATED February 14, 2018

_____
MICHAEL W. MOSMAN
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ADALBERTO FLORES-HARO, et al., | No. 3:12-CV-01616-MO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| CITY OF HILLSBORO, and WASHINGTON COUNTY, | |
| Defendants. | |

We, the jury, being first duly empaneled and sworn in the above entitled cause, do find as follows:

**I. Plaintiff Adalberto Flores-Haro**

    *A. Battery*

        1. Did Defendant Washington County commit battery against Plaintiff Adalberto Flores-Haro?

            YES __✗__ NO _____

        2. Did Defendant City of Hillsboro commit battery against Plaintiff Adalberto Flores-Haro?

            YES __✗__ NO _____

    *If you answered "YES" to Questions 1 and/or 2, then answer Question 3. If you answered "NO" to both Questions 1 and 2, do not answer Question 3. Proceed to Section B.*

1

3. What are Plaintiff Adalberto Flores-Haro's damages from the battery, if any?

Economic Damages      $ _1,500,000_

Non-Economic Damages      $ _1,000,000_

### B. *Intentional Infliction of Severe Emotional Distress*

4. Did Defendant Washington County intentionally inflict severe emotional distress on Plaintiff Adalberto Flores-Haro?

     YES _____ NO __X__

5. Did Defendant City of Hillsboro intentionally inflict severe emotional distress on Plaintiff Adalberto Flores-Haro?

     YES _____ NO __X__

*If you answered "YES" to Questions 4 and/or 5, then answer Question 6. If you answered "NO" to both Questions 4 and 5, do not answer Question 6. Proceed to Section C.*

6. What are Plaintiff Adalberto Flores-Haro's damages from the intentional infliction of severe emotional distress, if any?

     Non-Economic Damages      $ _0_

### C. *Negligence*

7. Was Defendant Washington County negligent in one or more of the ways alleged by Plaintiff Adalberto Flores-Haro?

     YES __X__ NO _____

8. Was Defendant City of Hillsboro negligent in one or more of the ways alleged by Plaintiff Adalberto Flores-Haro?

     YES __X__ NO _____

9. Was Plaintiff Adalberto Flores-Haro negligent in one or more of the ways alleged by Defendants?

     YES __X__ NO _____

//

//

10. For each party you determine was negligent, set forth the percentage of each party's negligence.

        Adalberto Flores-Haro   __42__ %
        City of Hillsboro         __8__ %
        Washington County    __50__ %
*The percentages must add up to 100 percent.*

*If you answered "YES" to Questions 7 and/or 8, then answer Question 11. If you answered "NO" to both Questions 7 and 8, do not answer Question 11. Proceed to Section D.*

11. What are Plaintiff Adalberto Flores-Haro's damages from the negligence, if any?

        Economic Damages     $ __500,000__
        Non-Economic Damages  $ __4,000,000__

### D. Damages

12. What are Plaintiff Adalberto Flores-Haro's total damages from all his claims, if any?

        Economic Damages     $ __2,000,000__
        Non-Economic Damages  $ __5,000,000__

*Proceed to Question 13.*

## II. Plaintiff Alma Granados-Millan

### A. Intentional Infliction of Severe Emotional Distress

13. Did Defendant Washington County intentionally inflict severe emotional distress on Plaintiff Alma Granados-Millan?

        YES _____ NO __X__

14. Did Defendant City of Hillsboro intentionally inflict severe emotional distress on Plaintiff Alma Granados-Millan?

        YES _____ NO __X__

//

//

3

### B. Damages

*If you answered "YES" to any of Questions 13 through 14, then answer Question 15. If you answered "NO" to both Questions 13 and 14, do not answer Question 15. Proceed to Question 16.*

    15. What are Plaintiff Alma Granados-Millan's damages, if any?

        Non-Economic Damages   $ ————————

*Proceed to Question 16.*

## III. Plaintiff Daniel Ibarra

### A. Intentional Infliction of Severe Emotional Distress

    16. Did Defendant Washington County intentionally inflict severe emotional distress on Plaintiff Daniel Ibarra?

        YES _____  NO   X

    17. Did Defendant City of Hillsboro intentionally inflict severe emotional distress on Plaintiff Daniel Ibarra?

        YES _____  NO   X

### B. Damages

*If you answered "YES" to any of Questions 16 through 17, then answer Question 18. If you answered "NO" to both Questions 16 and 17, do not answer Question 18. Proceed to Question 19.*

    18. What are Plaintiff Daniel Ibarra's damages, if any?

        Non-Economic Damages   $ ————————

*Proceed to Question 19.*

## IV. Plaintiff Jennifer Ibarra

### A. Intentional Infliction of Severe Emotional Distress

    19. Did Defendant Washington County intentionally inflict severe emotional distress on Plaintiff Jennifer Ibarra?

        YES _____  NO   X

4

20. Did Defendant City of Hillsboro intentionally inflict severe emotional distress on Plaintiff Jennifer Ibarra?

YES _____ NO __X__

### B. *Damages*

*If you answered "YES" to any of Questions 19 through 20, then answer Question 21. If you answered "NO" to both Questions 19 and 20, do not answer Question 21. Proceed to Question 22.*

21. What are Plaintiff Jennifer Ibarra's damages, if any?

Non-Economic Damages $_____

*Proceed to Question 22.*

## V. Plaintiff Yamilet Ibarra

### A. *Intentional Infliction of Severe Emotional Distress*

22. Did Defendant Washington County intentionally inflict severe emotional distress on Plaintiff Yamilet Ibarra?

YES _____ NO __X__

23. Did Defendant City of Hillsboro intentionally inflict severe emotional distress on Plaintiff Yamilet Ibarra?

YES _____ NO __X__

### B. *Damages*

*If you answered "YES" to any of Questions 22 through 23, then answer Question 24. If you answered "NO" to both Questions 22 and 23, do not answer Question 24. Proceed to Question 25.*

24. What are Plaintiff Yamilet Ibarra's damages, if any?

Non-Economic Damages $_____

*Proceed to Question 25.*

5

## VI. Plaintiff Tommy Flores

### A. Intentional Infliction of Severe Emotional Distress

25. Did Defendant Washington County intentionally inflict severe emotional distress on Plaintiff Tommy Flores?

YES _____ NO __X__

26. Did Defendant City of Hillsboro intentionally inflict severe emotional distress on Plaintiff Tommy Flores?

YES _____ NO __X__

### B. Damages

*If you answered "YES" to any of Questions 25 through 26, then answer Question 27. If you answered "NO" to both Questions 25 and 26, do not answer Question 27. Proceed to Question 28.*

27. What are Plaintiff Tommy Flores's damages, if any?

Non-Economic Damages $ ———

*Proceed to Question 28.*

## VII. Plaintiff Tiany Flores

### A. Intentional Infliction of Severe Emotional Distress

28. Did Defendant Washington County intentionally inflict severe emotional distress on Plaintiff Tiany Flores?

YES _____ NO __X__

29. Did Defendant City of Hillsboro intentionally inflict severe emotional distress on Plaintiff Tiany Flores?

YES _____ NO __X__

//
//
//
//

6

### B. Damages

*If you answered "YES" to any of Questions 28 through 29, then answer Question 30. If you answered "NO" to both Questions 28 and 29, do not answer Question 30.*

30. What are Plaintiff Tiany Flores's damages, if any?

   Non-Economic Damages $_____

*Your deliberations are complete. Please have the Presiding Juror sign and date this Verdict form.*

DATED this 20th day of February, 2018

_____ Presiding Juror

7